IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| CHARLES A. WINSTON<br>ADC #84733 | PLAINTIFF |
| v. Case No. 5:16-cv-252-KGB-PSH | |
| ESTELLA BLAND, *et al.* | DEFENDANTS |

## ORDER

The Court has received and reviewed the Findings and Partial Recommendation ("Partial Recommendation") submitted by United States Magistrate Judge Patricia Harris (Dkt. No. 89). Plaintiff Charles A. Winston has not objected to the Partial Recommendation, and the time to do so has passed (Dkt. No. 97). After careful consideration of the Partial Recommendation, the Court concludes that the Partial Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

It is therefore ordered that:

1. Mr. Winston's motion for partial summary judgment is denied (Dkt. No. 69).

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

So ordered this the 30th day of March, 2018.

Kristine G. Baker
United States District Judge