IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| **CHARLES A. WINSTON**<br>**ADC #84733** | **PLAINTIFF** |
| **v.** Case No. 5:16-cv-00252-KGB-PSH | |
| **ESTELLA BLAND and**<br>**DR. STEVEN STRINGFELLOW** | **DEFENDANTS** |

## ORDER

The Court has reviewed the Findings and Recommendations submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 113). No objections have been filed, and the time to file objections has passed. After careful consideration, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*). The Court therefore dismisses this case without prejudice.

It is so ordered, this the 12th day of September 2019.

_____
Kristine G. Baker
United States District Judge