IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES A. WINSTON                                                                   PLAINTIFF
ADC #84733

v.                              Case No. 5:16-cv-00252-KGB-PSH

ESTELLA BLAND and
DR. STEVEN STRINGFELLOW                                                          DEFENDANTS

## JUDGMENT

Consistent with the Order entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice. The relief requested is denied.

So adjudged this 12th day of September 2019.

_____
Kristine G. Baker
United States District Judge